Hinds against the Metropolitan Street-Railway Company. From a judgment in favor of plaintiff, defendant appeals. Affirmed. H. A. Robinson, for appellant. Shaw, Fish & Shaw, for respondent.

PER CURIAM. This appeal is frivolous. Judgment is affirmed, with costs.

HOLMES, BOOTH & HAYDENS, Respondent, v. FABER, Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by Holmes, Booth & Haydens against Eberhard Faber. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Reversed. Charles T. Haviland, for appellant. D. M. Porter, for respondent.

PER CURIAM. In this case the same question is presented as in the case of Leonard v. Faber (decided herewith) 65 N. Y. Supp. 391. It arises in the same way and must be determined upon the same considerations. The judgment should therefore be reversed, and a new trial granted, with costs to appellant to abide event.

VAN BRUNT, P. J., dissents.

HOOLAHAN, Respondent, v. GOETZ et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 12, 1900.) Action by Anna E. Hoolahan, as administratrix, etc., against George Goetz and another. No opinion. Judgment and order affirmed, with costs.

HOOPER, Appellant, v. CROMWELL et al., Respondents. (Supreme Court, Appellate Division, First Department. May 25, 1900.) Action by James W. Hooper against Oliver E. Cromwell and others. No opinion. Motion granted, with $10 costs.

HORNBERGER et al., Appellants, v. FEDER et al., Respondents. (Supreme Court, Appellate Term. June 28, 1900.) Action by Louis Hornberger and another against Annie Feder and another. From a judgment in favor of defendants, plaintiffs appeal. Modified. See 61 N. Y. Supp. 865. Weschler & Burstein, for appellants. Blau & Lesser, for respondents.

PER CURIAM. Judgment modified, by reducing the value fixed from $148.75 to $110, and, as modified, affirmed, with costs.

HUTTON, Respondent, v. PERRY KNITTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1900.) Action by Jonathan B. Hutton against the Perry Knitting Company.

PER CURIAM. Order denying defendant's motion for a bill of particulars affirmed, with $10 costs and disbursements. Held, that the defendant must be presumed to be in possession of all the facts respecting the alleged obstruction of the roadway in question, and that the allegation of the complaint as to any loss of custom caused thereby is not such as to entitle the plaintiff to give proof of special damages, and consequently as to that portion of the complaint no bill of particulars is necessary.

In re JACKMAN SHOE–MFG. CO. (Supreme Court, Appellate Division, Second Department. June 22, 1900.) In the matter of the application of a majority of the directors of the Jackman Shoe-Manufacturing Company for a final order dissolving said corporation. No opinion. Motion to dismiss appeal granted, unless the appellant file and serve the requisite papers on appeal within 10 days from the date of this decision.

JACQUES et al., Appellants, v. DAVID et al., Respondents. (Supreme Court, Appellate Term. June 13, 1900.) Action by James Jacques and others against B. Edmund David and others. From a judgment in favor of defendants, plaintiffs appeal. Affirmed. William C. Reddy, for appellants. H. A. View, for respondent Abbott. Frederick Wiener, for respondent David.

PER CURIAM. The doctrine of "res ipsa loquitur" cannot be invoked by the plaintiffs. Although the defendant David was in possession of the premises as tenant, the obligation nevertheless rested upon the plaintiffs under the lease to keep the premises in proper repair. If the happening of the occurrence in question warrants any inference, it must be that the plaintiffs neglected their duty in failing to keep the premises in a state of repair. On the evidence, the judgment of the court below was proper, and should be affirmed. Judgment affirmed, with costs to both defendants.

JEFFERSON COUNTY NAT. BANK, Respondent, v. TOWNLEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1900.) Action by the Jefferson County National Bank against Margaret A. Townley, impleaded, etc. No opinion. Motion to dismiss appeal denied, without costs. Order affirmed, without costs. See 64 N. Y. Supp. 1138.

In re JOHN P. KANE CO. (Supreme Court, Appellate Division, First Department. June 8, 1900.) In the matter of the John P. Kane Company. C. W. Bangs, for John P. Kane Co. J. W. Shepard, opposed. No opinion. Order affirmed, with $10 costs and disbursements.

JONES, Respondent, v. UNION FREE–SCHOOL DIST. NO. 6, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1900.) Action by William B. Jones, as assignee, etc., against the Union Free-School District No. 6. No opinion. Judgment affirmed, with costs.

JONES CONST. CO., Respondent, v. HEALEY et al., Appellants. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by the Jones Construction Company against John Healey and others. H. Bull, for appellant. A. S. Norton, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

JORDAN v. FOSTER. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by John Jordan against George H. Foster. No opinion. Motion granted, with $10 costs.